240731

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-906 (MJD/SRN) **Case Title:** Scott Equipment Company v. Stedman Machine Company

**Affidavit of Movant**

I, Thomas E. Propson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice George E. Purdy, an attorney admitted to practice in the Northern & Southern Districts of Indiana, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Stedman Machine Co. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed ~~above, and~~ that I accept service of all papers served.

[signature] 231046 6/11/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, George E. Purdy, am currently a member in good standing of the U.S. District Court for the Northern&Southern Districts of Indiana, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

George E. Purdy [signature] 6/6/01
Type/Print Name Signature Date

Attorney License Number: 10749-41

Law Firm Name & Address: Bose McKinney & Evans LLP
2700 First Indiana Plaza, 135 North Pennsylvania Street
Indianapolis, Indiana 46204

Telephone: (317) 684-5000

Motion Granted: [signature] JUN 13 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 13 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

6/99