139080

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-906 (MJD/SRN) Case Title: Scott Equip. Co. v. Stedman Machine Co.

### Affidavit of Movant

I, THOMAS E. PROPSON ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kathleen I. Lee , an attorney admitted to practice in the Northern and Southern District of Indiana ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Stedman Machine Co. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 231046
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Kathleen I. Lee , am currently a member in good standing of the U.S. District Court for Northern + Southern District of Indiana , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Kathleen I. Lee [signature] 1-31-02
Type/Print Name Signature Date

Attorney License Number: 18403-49
Law Firm Name & Address: Bose McKinney & Evans LLP
135 N. Pennsylvania Street #2700
Indianapolis IN 46204
Telephone: 317-684-5252

Motion Granted: [signature] mmc FEB 01 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FEB 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK