**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Scott Equipment Company,**
**a Minnesota corporation,**

**Plaintiff,**

**v.**

**Stedman Machine Company, a division of Eagle Crusher Company, Inc.,**

**Defendant.**

**Civil No. 01-906 (MJD/SRN)**

**ORDER**

---

Michael D. Schwartz, Esq. and Travis D. Stottler, Esq., on behalf of Plaintiff.

Catherine I. Lee, Esq. and Barton Carl Gernander, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on February 5, 2002, on Plaintiff's Motion to Amend Scheduling Order (Doc. No. 10) and Plaintiff's Motion to Amend Stipulation and Order Regarding Confidentiality (Doc. No. 12). Both parties participated in a conference call with the Court on February 12, 2002, and were able to reach significant agreement on the issues in these motions.

The Court grants Plaintiff's Motion to Amend the Scheduling Order. Defendant will disclose the identity of all of its expert witnesses on or before March 1, 2002. Full disclosure of the testimony to be offered by each expert witnesses will be made by Plaintiff on or before April 2, 2002, and by Defendant on or before May 15, 2002. These dates will also be reflected in a separate Amended Pretrial Scheduling Order, to be issued by the Court.

The Court grants in part and denies in part, without prejudice, Plaintiff's Motion to

FEB 12 200?
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Amend Stipulation and Order Regarding Confidentiality. Outside experts for each party will be permitted to view the drawings in question, despite their designation of "attorneys' eyes only." However, at this time, experts who are employees of either party will not be permitted to view the drawings. Further, the parties will submit a proposed amended protective order consistent with this Order.

**THEREFORE, IT IS HEREBY ORDERED that:**

(1) Plaintiff's Motion to Amend Scheduling Order (Doc. No. 10) is **GRANTED**;

(2) Plaintiff's Motion to Amend Stipulation and Order Regarding Confidentiality (Doc. No. 12) is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE** consistent with the above Order.

Dated: February 12, 2002.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge