UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Scott Equipment Company, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Stedman Machine Company a, division of Eagle Crusher Company, Inc.,<br><br>Defendant. | Court File No. 0:01cv906 (JEL/JGL) |

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

The parties, by counsel, having filed their Agreed Stipulation to Extend Certain Pretrial Scheduling Deadlines ("Stipulation"); and

The Court, having reviewed the same, does now hereby approve and amend the Pretrial Scheduling Order as follows:

| | |
|---|---|
| July 15, 2002: | Discovery cut-off date, except, however, the depositions of Messrs. Luker, Schlagel, and McDonald may be taken as set forth in the Stipulation; |
| August 1, 2002: | Non-dispositive motions due |
| October 16, 2002: | Dispositive motions to be filed and heard |
| December 2, 2002: | Trial ready date (by jury, 7 days allotted) |

Date: July 12, 2002

Chief Magistrate Judge Lebedoff

410650

FILED JUL 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Scott Equipment Company, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Stedman Machine Company a, division of Eagle Crusher Company, Inc.,<br><br>Defendant. | Court File No. 0:01cv906 (JEL/JGL) |

**AGREED STIPULATION TO EXTEND CERTAIN PRETRIAL SCHEDULING DEADLINES**

The parties, by counsel, hereby stipulate and agree to amend certain Pretrial Scheduling deadlines. In support hereof, the parties state:

1. On May 22, 2002, this case was reassigned to U.S. District Court Judge Joan Ericksen Lancaster and Chief Magistrate Judge Lebedoff.

2. Pursuant to the Pretrial Scheduling Order dated July 17, 2001 and as Amended on February 13, 2002, the following case deadlines remain:

| | |
|---|---|
| July 15, 2002: | Discovery cut-off date |
| August 1, 2002: | Non-dispositive motions due |
| September 16, 2002: | Dispositive motions to be filed and heard |
| December 2, 2002: | Trial ready date (by jury, 7 days allotted) |

3. Despite due diligence, because of the location of witnesses and scheduling issues, the parties have been unable to conclude all depositions currently scheduled in the case. Accordingly, they stipulate and agree that the following depositions only be taken outside the discovery cut-off date, unless otherwise agreed by the parties or by court order:

| | |
|---|---|
| July 22, 2002: | Deposition of non-party witness, Mr. Luker |
| July 31, 2002: | Deposition of Plaintiff's expert, Mr. Schlagel |
| August 2, 2002 or as soon as possible thereafter: | Deposition of Defendant's expert, Dr. McDonald |

4. The parties recognize that the extension of the foregoing deposition dates, plus the availability of the Court to schedule and hear the motion in mid-September, may require that the dispositive motion deadline be extended for up to thirty (30) days. While the parties will endeavor to meet the original deadline, they stipulate and agree that the dispositive motion deadline be extended for 30 days, to and including October 16, 2002, to provide for the agreed extended deposition dates set forth above.

5. This Stipulation is filed in good faith and without intent to unnecessarily delay these proceedings.

WHEREFORE, the parties, by counsel, pray that this Court enter an Order approving (1) the extension of the specified depositions beyond the discovery cut-off date, (2) a 30-day extension of the deadline for dispositive motions to be filed and heard, and (3) all other proper relief.

SO STIPULATED AND AGREED this 12th day of July, 2002.

Thomas E. Propson (#231046)
Nicholas Lewandowski (#312186)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
(612) 347-9171 – Telephone
(612) 338-8384 – Facsimile

-AND-

George E. Purdy (Pro Hac Vice)
Kathleen I. Lee (Pro Hac Vice)
BOSE McKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000 – Telephone
(317) 684-5173 – Facsimile

Michael D. Schwartz (#98164)
Andrew A. Dean (#315096)
MICHAEL D. SCHWARTZ, P.A.
Chanhassen Financial Center
761 West 78th Street, Suite 210
P.O. Box 219
(952) 937-5655 - Telephone
(952) 937-5855 - Facsimile