UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Scott Equipment Company, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Stedman Machine Company a, division of Eagle Crusher Company, Inc.,<br><br>Defendant. | Court File No. 0:01cv906 (JEL/JGL) |

**THIRD AMENDED PRETRIAL SCHEDULING ORDER**

The parties, by counsel, having filed their Second Agreed Stipulation to Extend Certain Pretrial Scheduling Deadlines ("Stipulation"); and

The Court, having reviewed the same, does now hereby approve and amend the Pretrial Scheduling Order as follows:

| | |
|---|---|
| August 30, 2002: | Depositions of Messrs. Nelson, Phillips, and Grimes are to be concluded as set forth in the Stipulation |
| December 16, 2002: | Dispositive motions to be filed and heard |
| February 3, 2003: | Trial ready date (by jury, 7 days allotted) |

Date: Aug 16, 2002

Chief Magistrate Judge Lebedoff

414438

FILED AUG 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK