UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Scott Equipment Company, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Stedman Machine Company, a division of Eagle Crusher Company, Inc.<br><br>Defendant. | ) | **ORDER**<br><br>Court File No. 01-CV-906 (JEL/JGL) |

THIS MATTER having come before the Court upon the Stipulation for Filing an Amended Complaint and the Court, having reviewed the same,

NOW, THEREFORE, it is hereby ORDERED that Plaintiff is permitted to file an Amended Complaint in the above-referenced matter

Dated this 18 day of NOV, 2002

MAGISTRATE OF UNITED STATES
DISTRICT COURT

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Scott Equipment Company, a Minnesota corporation, Plaintiff, vs. Stedman Machine Company, a division of Eagle Crusher Company, Inc. Defendants. | ) | **STIPULATION FOR FILING AN AMENDED COMPLAINT** Court File No. 01-CV-906 (JEL/JGL) |

IT IS HEREBY stipulated and agreed by and between Plaintiff and Defendant, that pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff in the above-referenced matter will be permitted to file an Amended Complaint in the above-referenced matter. Both parties further stipulate that the filing of an Amended Complaint will not alter any of the deadlines set forth in the Scheduling Order.

SO STIPULATED AND AGREED this 5th day of November, 2002.

BOSE McKINNEY & EVANS, LLP

Kathleen Lee (Pro Hac Vice)
George Purdy (Pro Hac Vice)
2700 First Indiana Plaza
135 No. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
-AND-
Thomas E. Propson (#231046)
Nicholas Lewandowski (#312286)
MEAGHER & GEER, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 347-9171

SCHWARTZ, STOTTLER & DEAN, P.A.

Michael D. Schwartz (#98164)
Travis D. Stottler (#0305728)
Andrew A. Dean (#315096)
Chanhassen Financial Center
761 W. 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317
(952) 937-5655