**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
FOURTH DIVISION

---

Scott Equipment Company, a
Minnesota Corporation,

Plaintiff,

v. Court File No. 01-CV-906 (JNE/JGL)

Stedman Machine Company a,
division of Eagle Crusher Company, Inc.,

Defendant.

---

## ORDER GRANTING LEAVE TO AMEND ANSWER

Defendant, by counsel, having filed its Motion to Amend Answer to Complaint,

And the Court, having reviewed the same and being duly advised in the premises, now finds that the Motion is for good cause and should be GRANTED.

The Court finds that, despite the deadline noted in the scheduling order, Defendant may file its First Amended Answer to Amended Complaint to prevent manifest injustice.

IT IS, THEREFORE, ORDERED that Defendant be, and hereby is, granted leave to file its First Amended Answer to Amended Complaint.

Parties may have ~~30~~ days from today's date to do discovery (limited) 30 to amended answer

Date: Sept. 16, 2003

The Honorable Jonathan Lebedoff
Chief Magistrate District Judge

Parties may have 30 days from today's date to do discovery limited to the Amended Answer.

FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___