MEAGHER & GEER P.L.L.P.
ATTORNEYS • AT • LAW

1929 SEVENTY FIVE 75 YEARS OF SERVICE 2004

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 347-9186
E-MAIL: TPROPSON@meagher.com

December 29, 2004

RECEIVED
BY MAIL
DEC 30 2004
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of U. S. District Court
U. S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

**Re:** ***Scott Equipment Company v. Stedman Machine Company***
Court File No.: 01-CV-906 (JNE/JGL)
Our File No.: 54845-1

Dear Clerk of Court:

This is to advise the court that attorney Nicholas Lewandowski (previously associated with our firm), is no longer with our office and has relocated to the Larkin, Hoffman law firm. In that process, he was apparently left on the list to receive electronic notices and documents in the above-referenced case at his new location. He should be removed from this list, as well as his assistants, dsolberg@larkinhoffman.com and vmurley@larkinhoffman.com. Please remove Mr. Lewandowski and his assistants as they are not associated with this case. Thank you for your cooperation in this matter.

Very truly yours,

Thomas E. Propson

THOMAS E. PROPSON

TEP/cf/1190543

cc: Michael D. Schwartz, Esq.
Kathleen (Lee) Hart
Nicholas Lewandowski, Esq.

SCANNED
DEC 30 2004
U.S. DISTRICT COURT