MC

**SCHWARTZ & SMITH, P.A.**
**Attorneys at Law**

MICHAEL D. SCHWARTZ†*
TODD A. SMITH*
JASON A. KOCH†

**Chanhassen Financial Center**
**761 W. 78th Street, Suite 210**
**P.O. Box 219**
**Chanhassen, Minnesota 55317-0219**

†Admitted in Minnesota
*Admitted in Wisconsin

**Telephone: (952) 937-5655**
**Facsimile: (952) 937-5855**

January 3, 2005

RECEIVED BY MAIL
JAN - 4 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of U.S. District Court
U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Re: Scott Equipment Company v. Stedman Machine Company
CV. 01-906 JNE/JGL

Dear Clerk of Court:

This is to advise the Court that Attorney Andrew Dean (previously associated with our firm), is no longer with our office and has relocated. In that process, he was apparently left on the list to receive notices and documents in the above-referenced case. He should be removed from this list. Please remove Mr. Dean as he is not associated with this case.

Thank you for your courtesies.

Sincerely,

Michael D. Schwartz, for
SCHWARTZ & SMITH, P.A.

MDS/eab

Cc: Kathleen Hart
George Purdy
Thomas Propson

SCANNED
JAN 0 6 2005
MMC
U.S. DISTRICT COURT ST. PAUL