# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SCOTT EQUIPMENT COMPANY, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-0906 (JNE/JGL) |
| | ) | Date: 1/6/05 |
| STEDMAN MACHINE COMPANY | ) | Court Reporter: N/A |
| | ) | Time Commenced: 9:30 a.m. |
| Defendant. | ) | Time Concluded: 11:00 a.m. |
| | ) | Time in Court: 2 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Mike Schwartz

Defendant: Kathleen Hart

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge