**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Scott Equipment Company, 01cv906 (JNE/JGL)

Plaintiff,

v. **ORDER FOR DISMISSAL**

Stedman Machine Company,

Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: January 13, 2005.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court