UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
FOURTH DIVISION

RECEIVED
BY U.S. MAIL
2005 FEB -3 AM 9: 32
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

| | | |
|---|---|---|
| Scott Equipment Company, a Minnesota Corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court File No. 0:01-cv-906 (JNE/JGL) |
| Stedman Machine Company, a division of Eagle Crusher Company, Inc., | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Scott Equipment Company, and Defendant Stedman Machine Company (a division of Eagle Crusher Company, Inc.), by their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), do hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, each party to bear their own costs.

Counsel for Plaintiff:

Michael D. Schwartz
SCHWARTZ & SMITH, P.A.
Chanhassen Financial Center
761 West 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317

Counsel for Defendant:

Kathleen Hart
BOSE McKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana 46204

592360

SCANNED
FEB 3 - 2005
U.S. DISTRICT COURT MPLS

**SCHWARTZ & SMITH, P.A.**
**Attorneys at Law**

MICHAEL D. SCHWARTZ†*
TODD A. SMITH*
JASON A. KOCH†

**Chanhassen Financial Center**
**761 W. 78th Street, Suite 210**
**P.O. Box 219**
**Chanhassen, Minnesota 55317-0219**

†Admitted in Minnesota
*Admitted in Wisconsin

**Telephone: (952) 937-5655**
**Facsimile: (952) 937-5855**

RECEIVED
BY U.S. MAIL
2005 FEB -3 AM 9:52
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

February 2, 2005

Clerk of U.S. District Court
U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Re: Scott Equipment Company v. Stedman Machine Company

Dear Clerk of Court:

Enclosed for filing please find the fully executed Stipulation of Dismissal with Prejudice regarding the above-referenced matter.

Thank you for your courtesies.

Sincerely,

Michael D. Schwartz, for
SCHWARTZ & SMITH, P.A.

MDS/eab

Cc: Kathleen Hart
George Purdy
Thomas Propson